219 So.2d 513

**Joyce CHAPMAN**

**v.**

**COCA–COLA BOTTLING COMPANY OF LAKE CHARLES, INC., et al.**

**No. 49679.**

March 13, 1969.

In re: Joyce Chapman applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 216 So.2d 699.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

219 So.2d 513

**MICHIGAN WISCONSIN PIPE LINE COMPANY**

**v.**

**Samuel BONIN et al.**

**No. 49691.**

March 13, 1969.

In re: Michigan Wisconsin Pipe Line Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 217 So.2d 741.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, the result reached by the Court is correct.